UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF NEVADA
LLOYD D. GEORGE  U. S. COURTHOUSE
333 LAS VEGAS BOULEVARD SOUTH
LAS VEGAS, NEVADA 89101
(702) 464-5400

| | |
|---|---|
| LANCE S. WILSON<br>CLERK OF COURT | CYNTHIA J. JENSEN<br>CHIEF DEPUTY, LAS VEGAS<br><br>JAKE HERB<br>CHIEF DEPUTY, RENO |

October 1, 2009

Clerk, U. S. District Court
Southern District of Ohio
100 East Fifth Street
Cincinnati, OH   45202

RE:   USA v. David Bliss

Your Case No: CR-1-09-46
Our Case No: 2:09-MJ-722-LRL

Dear Clerk:

Enclosed please find certification of the file as of October 1, 2009, in the above-referenced case.

Please acknowledge receipt of the above documents by signing the enclosed copy of this letter and returning it to this court.

Thank you.

LANCE S. WILSON, Clerk
United States District Court


    /s/ Karen Richardson
Magistrate Judge Support Clerk

Enclosures

**Receipt of certified copies in the above referenced case is hereby acknowledged this _____ day of _____ 2009.**

                                                                    **By:**_____